UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Newark Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:22-mj-8171 |
| ) | |
| IGOR TERRERO, ) | ORDER |
| ) | |
| Defendant. ) | |

This matter comes before the Court on defendant Igor Terrero's motion to modify conditions of release. The Government and Pretrial Services do not object to the requested modification, and Mr. Terrero has been in full compliance with conditions of pretrial release. Accordingly, for good cause shown, it is hereby ORDERED that on December 8, 2022, Mr. Terrero may leave his residence from 5:30 a.m. to 5 p.m. to attend a family member's medical procedure. All other conditions of release shall remain the same.

/s/ Rahul Sharma
Rahul Sharma, AFPD

/s/ John Mezzanotte
John Mezzanotte, AUSA

/s/ Erika DiPalma
Erika DiPalma, US Pretrial Services

Date: December 7, 2022

s/ Jessica S. Allen
Hon. Jessica S. Allen
U.S. Magistrate Judge